**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUAWS20591-2402, and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,

               PLAINTIFFS,

vs.

SEEK CAPITAL LLC dba Seek Business Capital and dba SBC Business, a California limited liability company; SEEK CAPITAL LLC, dba Seek Business Capital and dba SBC Business, a Delaware limited liability company; ROY FERMAN, an individual;

               DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-03801-RGK-MAA

**[PROPOSED] ORDER AND CONSENT JUDGMENT [31]**

This matter is before the Court on the Stipulation for Entry of Consent Judgment filed by the Plaintiffs, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUAWS20591-2402, and MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED (hereinafter collectively, "Underwriters"), and Defendants SEEK CAPITAL LLC (California), SEEK CAPITAL LLC (Delaware) and ROY FERMAN (hereinafter collectively, "Defendants").

Underwriters and Defendants have settled this matter pursuant to the Settlement Agreement filed with the Court in support of the parties' stipulation, the terms of which

1

provide for the substance of this Consent Judgment and Order, and have stipulated to this Consent Judgment and Order so as to effectuate the mutual release of all claims that were or could have been brought in this litigation, whether known or unknown.

For the reasons stated by the parties in their stipulation, and for cause shown, the Court hereby enters the following order and judgment:

**IT IS ORDERED, ADJUDGED, AND DECREED** that:

(1)     By mutual consent of the parties thereto, the policy of professional services liability insurance issued by Underwriters to Seek Capital LLC, Policy No. SUAWS20591-2402, for the policy period of September 29, 2024 to September 29, 2025, with extended reporting period through September 29, 2026 (the "Policy"), is rescinded in its entirety, is void *ab initio*, and is no longer in, and has no further, force or effect.

(2)     Underwriters do not owe Defendants any duty or obligation under the Policy to defend or indemnify Defendants against any past, present, or future claims, demands, or suits, including without limitation the FTC Lawsuit as that proceeding is defined in Underwriters' Complaint.

(3)     This Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of, and to adjudicate any other dispute arising out of in connection with, the Settlement Agreement and this Consent Judgment and Order.

All pending dates and hearings are vacated.  The Clerk shall close this case.

IT SO ORDERED.

Dated: 2/12/2026

_____
Hon. R. Gary Klausner
United States District Judge

**2**